Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ANDRES C. QUINTERO, JR.,<br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2-09-BK-25701-SSC<br><br>**TRUSTEE'S RECOMMENDATION**<br><br>(No hearing) |

The Trustee has reviewed the Plan, Schedules, and Statement of Financial Affairs. Trustee notes the following problems, which must be resolved before recommending confirmation of the Plan:

(1) Debtor is $2,600.00 in default with their Plan payments and must bring them current.

(2) If Debtor bring their Plan payments current, the Trustee will file a supplemental Recommendation.

SUMMARY: Pursuant to Local Rule 2084-10, **by May 16, 2010,** Debtor is to bring their Plan payments current or the Trustee will lodge a dismissal order.

                                                                  Scott A. Lieske, Esq.   ABN 16250
                                                                  Staff Attorney for Chapter 13 Trustee

\\\

| | |
|---|---|
| 1 | A copy of this document was mailed on the date signed below to: |
| 2 | |
| 3 | Andres C. Quintero, Jr.<br>1751 N. Litchfield Road #2157 |
| 4 | Goodyear, AZ 85395 |
| 5 | Debtor |
| 6 | |
| 7 | Joseph W. Charles<br>PO Box 1737 |
| 8 | Glendale, AZ 85311 |
| 9 | Attorney for Debtor |

_____

*sanderson@ch13bk.com*

- 2 -